# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BERNELL EARL

NO. 2020 KW 1092

**JANUARY 14, 2021**

---

In Re:    Bernell Earl, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 539204-1.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that on August 7, 2019, the district court issued a ruling denying relator's ineffective assistance of counsel claim.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT